UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

United States of America,      :        2003 DEC 15 P 2: 47

        Plaintiff,      :        US DISTRICT COURT
                                           HARTFORD CT
   v.              :   CIVIL NO: 3:00CV01533 (CFD)

Eugene Sumter,                :

        Defendant.      :   December 9, 2003

### SATISFACTION OF JUDGMENT

The judgment in the above-captioned case has been paid in full, the Clerk of the United States District Court for the District of Connecticut is hereby authorized and empowered to satisfy and cancel said judgment of record.

                            RESPECTFULLY SUBMITTED,

                            KEVIN J. O'CONNOR
                            UNITED STATES ATTORNEY

                            CHRISTINE SCIARRINO
                            ASSISTANT UNITED STATES ATTORNEY
                            P. O. BOX 1824
                            NEW HAVEN, CT 06510
                            (203) 821-3700
                            FEDERAL NO. CT03393

### C E R T I F I C A T I O N

This is to certify that a copy of the within and foregoing Satisfaction of Judgment was mailed, postage prepaid, on December 9, 2003

Eugene Sumter
224 Terrace Avenue
West Haven, CT  06516

                            CHRISTINE SCIARRINO
                            ASSISTANT UNITED STATES ATTORNEY

```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

United States of America,      :

              Plaintiff,        :

       v.                       :    CIVIL NO: 3:00CV01533 (CFD)

Eugene Sumter,                  :

              Defendant.        :    December 9, 2003
```

### SATISFACTION OF JUDGMENT

The judgment in the above-captioned case has been paid in full, the Clerk of the United States District Court for the District of Connecticut is hereby authorized and empowered to satisfy and cancel said judgment of record.

RESPECTFULLY SUBMITTED,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
P. O. BOX 1824
NEW HAVEN, CT 06510
(203) 821-3700
FEDERAL NO. CT03393

### C E R T I F I C A T I O N

This is to certify that a copy of the within and foregoing Satisfaction of Judgment was mailed, postage prepaid, on December 9, 2003

Eugene Sumter
224 Terrace Avenue
West Haven, CT   06516

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY